# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Delaware Life Insurance Co., | No. 2:20-cv-01317-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Debbie Flint, et al,, | |
| Defendants. | |

On July 1, 2020, Delaware Life filed this interpleader action. Compl., ECF No. 1. Delaware Life then moved to deposit funds representative of the policy benefits plus interest, with the court. Mot. to Deposit Interpleader Funds, ECF No. 5. The motion was granted and the money was deposited into the court's registry. Order (7/14/2020), ECF No. 6, Notice of Deposit, ECF No. 7. Delaware Life was then discharged and dismissed from this action with prejudice and awarded $9,378 for its attorney's fees and costs. Order (3/25/2021), ECF No. 21. The defendants of this interpleader action now stipulate to the dismissal of this matter pursuant to Federal Rule of Evidence § 41 and the distribution of the remaining interpleader funds to defendant Debbie Flint. As the stipulation complies with the applicable rule, the case is dismissed, and the remaining funds will be distributed to Debbie Flint and each party shall bear their own attorney fees and costs.

/////

1

1 | The Clerk of the Court is hereby ORDERED to disburse the remaining interpleader funds
2 | in their entirety to Defendant Debbie Flint.  Accordingly, all previously set deadlines and
3 | hearings are VACATED, and this case is CLOSED with each party to bear its own fees and costs.
4 | This order resolves ECF No. 23.
5 | IT IS SO ORDERED.
6 | DATED: May 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE